**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6999**

_____

ROY F. HILLBERRY, II,

        Petitioner - Appellant,

    v.

SHAWN STRAUGHN,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00125-JPB-JPM)

_____

Submitted:  April 30, 2024                     Decided:  May 15, 2024

_____

Before NIEMEYER and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Roy Franklin Hillberry, II, Appellant Pro Se.  Lindsay Sara See, Michael Ray Williams, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy F. Hillberry, II, appeals the district court's order dismissing his 28 U.S.C. § 2254 petition as untimely. The district court granted a certificate of appealability. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hillberry v. Straughn*, No. 5:23-cv-00125-JPB-JPM (N.D. W.Va. Sept. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*